FILED IN OPEN COURT
U.S.D.C. - Atlanta

ORIGINAL

MAY 12 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

LOUIS BROWN III.

Criminal Indictment

No. 1:26CR0213

UNDER SEAL

THE GRAND JURY CHARGES THAT:

**Background**

At all times material to this indictment:

1. The Fulton County Courthouse in Atlanta, Georgia was controlled, maintained, and operated by the Fulton County Sheriff's Office.

2. The Fulton County Sheriff's Office also was responsible for the custody, control, care, and safety of pretrial detainees at the Fulton County Courthouse.

3. The defendant, LOUIS BROWN III, was employed as a sergeant with the Fulton County Sheriff's Office.

4. R.H. was a pretrial detainee at the Fulton County Courthouse.

**Count One**

5. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 4 of this Indictment as if fully set forth herein.

6. On or about June 4, 2025, in the Northern District of Georgia, the defendant, LOUIS BROWN III, while acting under color of law as a sergeant for

the Fulton County Sheriff's Office, willfully deprived R.H. of the right, secured and protected by the Constitution and laws of the United States, to due process of law, which includes the right of a pretrial detainee to be free from a law enforcement officer's unreasonable use of force. Specifically, Defendant BROWN, without legal justification, repeatedly punched and slapped R.H. while R.H. was handcuffed. The offense resulted in bodily injury to R.H.

All in violation of Title 18, United States Code, Section 242.

A true BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

DWAYNE A. BROWN JR.
*Assistant United States Attorney*
Georgia Bar No. 509554

BRENT ALAN GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000